IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

PORTLAND DIVISION


JANET BILLINGS,                          3:10-CV-3141-ST

            Plaintiff,            ORDER

v.

MICHAEL ASTRUE, Commissioner,
Social Security Administration,

            Defendant.


BROWN, Judge.

    Magistrate Judge Janice M. Stewart issued Findings and
Recommendation (#14) on September 21, 2011, in which she
recommends this Court affirm the decision of the Commissioner and
dismiss this matter.  The matter is now before this Court

1 - ORDER

pursuant to 28 U.S.C. § 636(b)(1)(B) and Federal Rule of Civil Procedure 72(b).

Because no objections to the Magistrate Judge's Findings and Recommendation were timely filed, this Court is relieved of its obligation to review the record *de novo*. *United States v. Reyna-Tapia*, 328 F.3d 1114, 1121 (9th Cir. 2003)(*en banc*). *See also United States v. Bernhardt*, 840 F.2d 1441, 1444 (9th Cir. 1988). Having reviewed the legal principles *de novo*, the Court does not find any error.

## CONCLUSION

The Court **ADOPTS** Magistrate Judge Stewart's Findings and Recommendation (#14). Accordingly, the Court **AFFIRMS** the decision of the Commissioner and **DISMISSES** this matter **with prejudice.**

IT IS SO ORDERED.

DATED this 21st day of November, 2011.

/s/ Anna J. Brown

_____

ANNA J. BROWN
United States District Judge

2 - ORDER