IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

PORTLAND DIVISION

| | |
|---|---|
| **JANET BILLINGS,** | 3:10-CV-3141-ST |
| **Plaintiff,** | JUDGMENT |
| v. | |
| **MICHAEL J. ASTRUE,**<br>**Commissioner of Social**<br>**Security,** | |
| **Defendant.** | |

Based on the Court's Order (#16) issued November 21, 2011, the Court **AFFIRMS** the Commissioner's final decision and **DISMISSES** this matter.

DATED this 21st day of November, 2011.

/s/ Anna J. Brown

ANNA J. BROWN
United States District Judge

1 - JUDGMENT